UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                                               CASE NO. 09-15761-MAM-13
CHARLES R. TAYLOR
ALMA R. TAYLOR
     DEBTORS

## TRUSTEE'S MOTION TO DISMISS

John C. McAleer, III, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order dismissing this case for failure of the Debtors to file the following document(s) as required:

    Tax Returns
    Pay Advices

WHEREFORE, the Trustee moves the Court for an order dismissing this case with an injunction period of 90 days or for other orders as the Court deems appropriate.

DATED: March 01, 2010                                      /s/ JOHN C. MCALEER III, TRUSTEE
                                                                            JOHN C. MCALEER III, TRUSTEE
                                                                            CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on March 01, 2010, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

UNITED STATES BANKRUPTCY CLERK

CHARLES R. TAYLOR                           JOHN W. SHARBROUGH
ALMA R. TAYLOR                                 P.O. BOX 996
9681 CURTIS DR. W                             MOBILE, AL 36601
MOBILE, AL 36544

                                                                            /s/ JOHN C. MCALEER III, TRUSTEE
                                                                            JOHN C. MCALEER III, TRUSTEE
                                                                            CHAPTER 13 TRUSTEE