IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                                    CASE NUMBER:

**CHARLES R. TAYLOR**                       09-15761
**ALMA R. TAYLOR**

      Debtors.

## ORDER

This matter came before the Court upon Debtor's Objection to Claim number 09 of Target National Bank.

The objection was served upon all interested parties with the negative notice legend informing the parties of their opportunity to object within 30 days of the date of service.

No party filed a written objection stating specific ground or grounds on which the objection is based within the time permitted.

The Court therefore considers the matter to be unopposed.

Therefore, it is **ORDERED, ADJUDGED AND DECREED** that claim number 09 of Target National Bank is not allowed.

Dated:    March 31, 2010

                                                       MARGARET A. MAHONEY
                                                       CHIEF U.S. BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 1128-1          User: holmes            Page 1 of 1              Date Rcvd: Mar 31, 2010
Case: 09-15761                Form ID: pdf1           Total Noticed: 3

The following entities were noticed by first class mail on Apr 02, 2010.
db/jdb        +Charles R Taylor,   Alma R Taylor,   9681 Curtis Dr. W,   Mobile, Al 36544-3853
2052369       +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
2040710        Target National Bank,   C/O Target Credit Services,   P.O. Box 673,   Minneapolis, MN  55440-0673

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 02, 2010**                          Signature:   *Joseph Speetjens*

Case 09-15761    Doc 42    Filed 04/02/10    Entered 04/02/10 23:56:44    Desc Imaged
                 Certificate of Service    Page 2 of 2