IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RE: CHARLES R. TAYLOR, and<br>ALMA R. TAYLOR, | CHAPTER 13<br>CASE NO. 09-15761-MAM-13 |
| DEBTORS. | |

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

COMES NOW CHASE HOME FINANCE, LLC, by and through its undersigned attorney, and in response to Debtors' Objection to Claim would submit the following:

1. Proof of Claim numbered ten was filed on behalf of Chase Home Finance, LLC, on January 19, 2010 in the amount of $26,741.85. The Note, Mortgage, and a breakdown of the arrearage through December 2009, was attached to the proof of claim.

2. The Objection to Claim filed by and through the Debtors' attorney states that the claim is barred by the applicable statute of limitation. The Claim was timely filed before the bar date.

3. The Objection to Claim filed by and through the Debtors' attorney states that the claim fails to comply with Rule 2016(a) in that the claim fails to set forth a detailed statement of (1) the services rendered, time expended and expenses incurred, and (2) the amounts requested. Rule 2016(a) is not applicable in this matter, in that it applies to an application seeking reimbursement from the bankruptcy estate for compensation, services or expenses incurred on behalf of the estate, where the stated charges are contractual in nature. The Proof of Claim sets out attorney fees incurred by the Creditor for plan review, preparation and filing of the claim. Said expenses are recoverable from the debtor pursuant to the terms and provisions of the agreements by and between the debtor and creditor, namely, the note and mortgage. All necessary itemization and documentation validating the debt owed and the recoverability of said expenses are attached to the proof of claim.

4. The Objection to Claim filed by and through the Debtor's attorney sets forth the Debtors' allegations that "The claim is inflated. The claim is incorrect." without any supporting documentation or evidence and is insufficient to overcome the prima facie correctness of the properly filed Proof of Claim.

WHEREFORE, THESE PREMISES CONSIDERED, Creditor, CHASE HOME FINANCE, LLC, moves this Honorable Court for an Order allowing the proof of claim filed on behalf of CHASE HOME FINANCE, LLC to remain as filed.

OF COUNSEL:

| | |
|---|---|
| STEPHENS, MILLIRONS, HARRISON GAMMONS<br>2430 L&N Drive<br>P.O. Box 307<br>Huntsville, Alabama 35804<br>(256) 533-7711 | BY: <u>S/STEVEN J. SHAW</u><br>STEVEN J. SHAW<br>Attorney for Movant |

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon the Debtors, CHARLES R. TAYLOR and ALMA R. TAYLOR, 9681 Curtis Drive, W., Mobile, Alabama 36544, the attorney of record for Debtors, JOHN W. SHARBROUGH, III, 75A Saint Mihael Street, Mobile, Alabama 36602-3816, and the trustee of record for the Debtors, JOHN C. MCALEER, III, Post Office Box 1884, Mobile, Alabama 36633, by forwarding a copy of the same to said by U.S. Mail, properly addressed with postage prepaid.

    Dated this 25th day of August, 2010.

                                                       /S/STEVEN J. SHAW<br>                                                       STEVEN J. SHAW