IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RE: CHARLES R. TAYLOR, and<br>ALMA R. TAYLOR, | CHAPTER 13<br>CASE NO. 09-15761-MAM-13 |
| DEBTORS. | |

## NOTICE OF WITHDRAWAL OF RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

Movant filed a Response to Debtor's Objection To Claim on August 25, 2010 on behalf of CHASE HOME FINANCE, LLC. A hearing was scheduled for September 15, 2010.

CHASE HOME FINANCE, LLC has notified counsel that CHASE HOME FINANCE, LLC no longer services the mortgage to which said claim was filed. The loan service was released to IBM Lender Business Process Services, Inc. on August 19, 2010.

Accordingly, notice is hereby given that said Response To Debtor's Objection To Claim is due to be and is hereby withdrawn.

Dated this 14th day of September, 2010.


OF COUNSEL:

| | |
|---|---|
| STEPHENS, MILLIRONS, HARRISON | BY: S/STEVEN J. SHAW |
| & GAMMONS | STEVEN J. SHAW, SHAWS 2556 |
| 2430 L & N Drive | Attorney for Movant |
| P.O. Box 307 | |
| Huntsville, Alabama 35804 | |
| (256) 533-7711 | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Debtors, CHARLES R. TAYLOR and ALMA R. TAYLOR, 9681 Curtis Drive, W., Mobile, Alabama 36544, the attorney of record for Debtors, JOHN W. SHARBROUGH, III, 75A Saint Mihael Street, Mobile, Alabama 36602-3816, and the trustee of record for the Debtors, JOHN C. MCALEER, III, Post Office Box 1884, Mobile, Alabama 36633, by forwarding a copy of the same to said by U.S. Mail, properly addressed with postage prepaid.

Dated this 14th day of September, 2010.

/S/STEVEN J. SHAW
STEVEN J. SHAW